# Court of Appeals
# of the State of Georgia

ATLANTA,  April 09, 2014

*The Court of Appeals hereby passes the following order:*

**A13A1965.  GARY WILSON v. LINDA WILSON.**

This appeal was reinstated on September 24, 2013, following the Georgia Supreme Court's determination that no issue of divorce or alimony could be raised in this case unless and until the order dismissing the notice of appeal is overturned. Accordingly, Appellant's brief and enumeration of errors were required to be filed no later than October 14, 2013. See Court of Appeals Rule 23 (a) (an appellant's brief and enumeration of error shall be filed within 20 days after the appeal is docketed unless extended by this Court).

On November 4, 2013, Appellee filed a MOTION TO DISMISS based in part on Appellant's failure to file a brief and enumeration of errors in support of his appeal. To date, Appellant has failed to submit a brief and enumeration of errors. Instead, Appellant has filed only a one-page letter addressed to the Georgia Supreme Court to which he attached an unofficial transcript. Accordingly, Appellee's MOTION TO DISMISS is hereby GRANTED, and Case No. A13A1965 is DISMISSED for Appellant's failure to file a brief and enumeration of errors in support of his appeal.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 04/09/2014
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*